UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 13-51548
(Chapter 7)

IN RE:                                                                      AFFIDAVIT OF SERVICE

TERESA ANN MCGEE,

       DEBTOR

---

The undersigned affiant, being duly sworn, deposes and says:

1. That affiant is Bryant T. Aldridge, Jr., attorney for Debtor, is over the age of eighteen and as such is authorized by law to make this affidavit.

2. On November 15, 2018, I caused to be served the Amended Motion to Avoid Judicial Lien of Portfolio Recovery Associates, L.L.C. on Real Estate, dated November 15, 2018 [Docket No. 50] by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered to the following via first class mail to (1) Portfolio Recovery Associates, L.L.C., Attn: Officer; and (2) Corporation Service Company.

This the 20th day of November, 2018.

                                                                AFFIANT

Sworn to and subscribed before me this
the 20th day of November, 2018.

_____
*Official Signature of Notary Public*

Heather Norman
*Notary's Printed or Typed Name*

HEATHER NORMAN
Notary Public
Forsyth County, NC

My Commission Expires:
11-6-2021